# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-94
_____

BROWARD SHERIFF'S OFFICE/
GALLAGHER BASSETT SERVICES,
INC. (MIRAMAR),

    Appellants/Cross-Appellees,

    v.

JOSEPH LANGLOIS, CITY OF
DEERFIELD BEACH, and
ASCENSION BENEFITS &
INSURANCE SOLUTIONS OF
FLORIDA,

    Appellees/Cross-Appellants.
_____


On appeal from an order of the Judge of Compensation Claims.
Iliana Forte, Judge.

Dates of Accident:  March 6, 2010; January 1, 2013.

April 11, 2018


PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellants/Cross-Appellees.

James Robert Spears of Law Office of James R. Spears, PLLC, Orlando, for Appellee/Cross-Appellant Joseph Langlois.

Jerry K. McKim of Wyland & Tadros, LLP, West Palm Beach, for Appellees/Cross-Appellants City of Deerfield Beach and Ascension Benefits & Insurance Solutions.